**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LINDA WOLTING, )
)
      Plaintiff(s), )
) Case No. F98-0030 CV (JKS)
v. )
) AFFIDAVIT AND REQUEST
JAMES HAYES, et al., ) FOR ISSUANCE OF
) WRIT OF EXECUTION
      Defendant(s). )
_____)

      I, __Herbert P. Kuss_____ hereby state an oath:

      1. Judgment for $__5,122.75_____ was entered on __April 17, 2000_____ in the docket of the above-entitled court and action, in favor of as judgment creditor __City of Fairbanks__ and against as judgment Debtor __Wolting__. (IF A REGISTERED JUDGMENT:) Said judgment was registered herein under Title 28, U.S. Code, Section 1963, being a judgment which was obtained in Civil Case No. __F98-0030 CV__ in the U. S. District Court for the District of __Alaska____, and which has become FINAL.

      2. I am the attorney for said judgment creditor __City of Fairbanks____, and request issuance of a Writ of Execution on the judgment.

      3. The judgment debtor __WAS NOT__ represented by
                                was/was NOT

[WRITEXE.WPD]{WRITEXE.WPD*Rev.1/97}                              Page 4

Counsel.

    4. The judgment entered __WAS NOT__ a default
was/was NOT
judgment.

    5. ACCRUED since the entry of judgment are the following sums: $__1,675.54__ accrued interest, computed at __6.197__% (judgments registered under 28 U.S.C. § 1963 bear the rate of interest of the district of origin). $__243.69__ accrued costs.

    6. CREDIT must be given for payments and partial satisfaction in the total amount of $__3,778.77__ which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $__3,263.21__ ACTUALLY DUE on this date. Of this total, $__3,263.21__ is the amount of the original judgment as entered still remaining due and bearing interest at __6.197__% in the amount of $__.53__ per day from this date.

                                            _____
                                            Herbert P. Kuss

DATED; July 31, 2006
_Linda M. Dewey_
SUBSCRIBED and sworn to before me this __31st__ day of __July__, __2006__

_____
Notary Public in and for Alaska
My commission expires __9/16/09__

(Notary seal: Linda M. Dewey, Notary Public, State of Alaska)