| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Linda Wolting | COURT CASE NUMBER<br>F98-0030 CV (JKS) |
|---|---|
| DEFENDANT<br>James Hayes, et al. | TYPE OF PROCESS<br>Writ of Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
> State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
> 1016 W 6th Avenue, Suite 100
> Anchorage, Alaska 99501   Attn: Public Service Division

RECEIVED OCT 2 0 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Herbert P. Kuss, City Attorney
OFFICE OF THE CITY ATTORNEY
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750 / (907) 459-6761 (facsimile)

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF   ☒ DEFENDANT
TELEPHONE NUMBER: (907) 459-6750
DATE: 7/31/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 60 | District to Serve<br>No. 60 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/29/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Kim Nabors, PFD Tech-I

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/29/06    Time: 4:05 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>45 | Total Mileage Charges (including endeavors)<br>89 | Forwarding Fee | Total Charges<br>45 89 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Received check for $885.57

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA WOLTING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **Case #F98-030CIV** |
| JAMES HAYES, et al ) | |
| ) | |
| Defendant. ) | |
| ) | |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **August 29, 2006,** by Deputy U.S. Marshal **Rochelle Liedike** and that on **October 17, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57671539** made payable to the Clerk of Court in the amount of **$885.57**.

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this 19 day of October, 2006 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

## NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

| - For PFD Division Use Only - |
|---|
| PFD Server Code _____ |
| Location _____ |
| Priority _____ |

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**Case Number**  4FA - F98 - 0030   CI
              *Location Code  Year  Case Number   Case Type*

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

| | |
|---|---|
| **Judgment Debtor Name** | Linda M. Wolting |
| **AKA or Alias** | |
| **Social Security Number** | |
| **Date of Birth** | |
| **Amount of Writ** | $ 3,263.21 |
| **Service Fee** | $ 45.89 |
| **Interest to October 15** | $ 40.28 |
| **Total Due** | $ 3,349.38 |

**Service Agent**

| Signature | Date |
|---|---|
| Rochelle Liedike | 8/09/06 |
| **Printed Name** Rochelle Liedike | **Title** Deputy US Marshal |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                                                                                           www.pfd.state.ak.us

**1099-MISC**

Payer's Name: State of Alaska
Federal Identification Number

Case Id: 4FA9830CI
Applicant's Name:
WOLTING, LINDA M

| Warrant Issue Date: 10/04/2006 | Warrant Amount .......................... $885.57 |

CLERK OF COURT
222 W 7TH AVE #28
ANCHORAGE AK  99513

PFD ALN: 06155153

**Funding for PFD dividends comes from:**
- Permanent Fund earnings:
  - Constitutional dedication of funds      $400.13
  - Legislative action:
    - Statutory inflation proofing          434.42
    - Special legislative appropriations    308.67
- Reimbursements to the Dividend Fund       0.09
- Unexpended prior year Dividend Funds      12.93

**Total Gross Dividend**                    **$1156.24**

**The Total Gross Dividend has been reduced for:**
- Medical and Public Assistance hold
  harmless provisions of AS 43.23.075       -$21.39
- Legislative appropriation of convicted
  and incarcerated felon and misdemeanant
  dividends                                 -13.95
- Dividend program administrative costs     -11.13
- Prior year dividend obligations           -2.81

**Net Dividend**                            **$1106.96**

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:

- convicted of a felony
- incarcerated as a result of a conviction of a felony; or
- incarcerated as a result of a conviction of a misdemeanor if the individual was convicted of a prior felony or two or more prior misdemeanors.

**Total funds that would have been paid as 2005 dividends to Individuals not eligible under this provision were $8,406,009.**

**The legislative purpose for making these individuals not eligible to receive a dividend is to:**

- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

**Total funds appropriated for FY 2007 under this purpose are:**
- Department of Corrections                 $4,552,400
- Council on Domestic Violence and Sexual Assault   2,777,500
- Violent Crimes Compensation Board         782,400
- Office of Victims' Rights                 293,700

**Total appropriations**                    **$8,406,000**

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

        # 00129135 - PS
        October 20, 2006

    Code    Case #    Qty       Amount
  604700-R  F9-8-30
                                885.57 CK

      TOTAL→          885.57

  FROM: STATE OF ALASKA RE: PFD
        FOR LINDA WOLTING
        4:98-CV-00030
```