Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 NOV -7 PM 3:37

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES C. HAYES, FRANK ) | |
| BIONDI and PATRICK COLE, ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. F98-0030 CIV |

**MOTION FOR EXEMPTION OF FILING DOCUMENTS ELECTRONICALLY**

COMES NOW the Defendants, by and through the undersigned counsel, and moves this Court for an Order exempting the City of Fairbanks from electronically filing their documents in this case, a Motion, Memorandum and Order for Release of Funds Held in Court Registry.

This motion is supported by the fact that this is the only case in which the City of Fairbanks currently has in the U.S. District Court.

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

DATED at Fairbanks, Alaska this \_\_\_7\_\_\_ day of November, 2006.

                        OFFICE OF THE CITY ATTORNEY
                        Attorneys for Defendants

                By: _____
                        Herbert P. Kuss
                        City Attorney
                        AK Bar No. 7610113

Certificate of Mailing
I hereby certify that on the 7 day of nov, 2006, I mailed via first-class... Wolting ... ATTORNEY AK By LMO

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

Wolting v. Hayes, et al.
MOTION FOR EXEMPTION OF FILING DOCUMENTS ELECTRONICALLY

F98-0030 CIV
Page 2