Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, </br></br>  Plaintiff, </br></br> vs. </br></br> JAMES C. HAYES, FRANK BIONDI and PATRICK COLE, </br></br> Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) Case No. F98-0030 CIV |

**ORDER GRANTING DEFENDANTS
MOTION FOR EXEMPTION OF FILING DOCUMENTS ELECTRONICALLY**

**THIS MATTER** having come before the court on Defendants Motion for an Order exempting the City of Fairbanks from electronically filing their documents in this case,

**IT IS HEREBY ORDERED** that Defendant's Motion is hereby GRANTED and Defendant Motion, Memorandum and Order for Release of Funds Held in Court Registry shall hereby be accepted for filing.

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

DATED at Fairbanks, Alaska this _____ day of November, 2006.

_____
US District Court Judge



Certificate of Mailing
This certification on
the 7 day of nov,
2006 ...
...
Wolting
...ORNEY
8... AK
By LMO

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

Wolting v. Hayes, et al.                                                                F98-0030 CIV
ORDER GRANTING DEFENDANTS MOTION FOR EXEMPTION OF FILING DOCUMENTS
ELECTRONICALLY                                                                          Page 2