Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

LODGED
NOV 7 2006
FAIRBANKS

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JAMES C. HAYES, FRANK BIONDI and PATRICK COLE, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No. F98-0030 CIV |

### ORDER FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

THIS MATTER having come before the court on Defendants' Motion for Release of Funds Held in Court Registry, this court having considered the opposition filed by Plaintiff, if any, and the court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that the funds in the amount of $885.57 currently held in the Court Registry shall be released to the following:

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

```
                    City of Fairbanks
                 Office of the City Attorney
                    800 Cushman Street
                   Fairbanks, Alaska 99701
```

DATED at Anchorage, Alaska this _____ day of November, 2006.

```
                              _____
                                  US District Court Judge
```



| | | |
|---|---|---|
| OFFICE OF THE | Wolting v. Hayes, et al. | F98-0030 CIV |
| CITY ATTORNEY | ORDER RELEASING FUNDS HELD IN COURT REGISTRY | Page 2 |
| 800 CUSHMAN | | |
| FAIRBANKS, ALASKA | | |
| 99701-4615 | | |
| 907-459-6750 | | |