```
                                                    FILED
                                                US DISTRICT COURT
                                                DISTRICT OF ALASKA

Herbert P. Kuss, City Attorney
Office of the City Attorney                   2006 NOV -7 PM 3: 38
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING,          )<br>                            )<br>        Plaintiff,      )<br>                            )<br>    vs.                     )<br>                            )<br>JAMES C. HAYES, FRANK       )<br>BIONDI and PATRICK COLE,    )<br>                            )<br>        Defendants.         )<br>_____) | Case No. F98-0030 CIV |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY**

Defendant City of Fairbanks moved for and received a Writ of Execution to execute on Plaintiff's 2006 Alaska Permanent Fund Dividend. The Writ of Execution was given to the United States Marshals' Office to serve on the State of Alaska, Department of Revenue.

On or about October 19, 2006, the United States District Court Clerk's Office received funds in the amount of $885.57 from the United States Marshall which represented a portion of Plaintiff's Alaska Permanent Fund Dividend. To date, Plaintiff has filed no Claim of Exemptions with the court and therefore the money held in

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

the Court Registry should be forwarded to the City of Fairbanks.

DATED at Fairbanks, Alaska this 7 day of November, 2006.

>OFFICE OF THE CITY ATTORNEY
>Attorneys for Defendants
>
>By: _____
>Herbert P. Kuss
>City Attorney
>AK Bar No. 7610113

Certificate of Mailing
I ... certify that on
the 7 day of nov,
20 06 I ... via first-
...
...
...
Wolting
...
800 Cushman ... AK
By Lmo

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

Wolting v. Hayes, et al.                                                F98-0030 CIV
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR RELEASE OF FUNDS HELD IN
COURT REGISTRY                                                          Page 2