Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES C. HAYES, FRANK ) | |
| BIONDI and PATRICK COLE, ) | |
| ) | |
| Defendants. ) | Case No. F98-0030 CIV |

### ORDER FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

THIS MATTER having come before the court on Defendants' Motion for Release of Funds Held in Court Registry, this court having considered the opposition filed by Plaintiff, if any, and the court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that the funds in the amount of $885.57 currently held in the Court Registry shall be released to the following:

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

```
            City of Fairbanks
         Office of the City Attorney
              800 Cushman Street
            Fairbanks, Alaska 99701

     DATED at Anchorage, Alaska this  13  day of
November, 2006.
```

**REDACTED SIGNATURE**
US District Court Judge

Certificate of Mailing
I hereby certify that on
the 7 day of Nov
2006 ... via first-
...

Wolting

By: LMO

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615
907-459-6750

Wolting v. Hayes, et al.
ORDER RELEASING FUNDS HELD IN COURT REGISTRY

F98-0030 CIV
Page 2