| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Linda Wolting | COURT CASE NUMBER<br>F98-0030 CV (JKS) ||
| DEFENDANT<br>James Hayes, et al. | TYPE OF PROCESS<br>Writ of Garnishment ||

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | State of Alaska, Department of Revenue, Enforcement Division |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1016 W 6th Avenue, Suite 100<br>Anchorage, Alaska 99501   Attn: Public Service Department |

RECEIVED OCT 1 0 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Herbert P. Kuss, City Attorney
OFFICE OF THE CITY ATTORNEY
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750 / (907) 459-6761 (facsimile)

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Receipt #00131399 NL
10/10/07  $1323.20

Signature of Attorney or other Originator requesting service on behalf of: /s/ Herbert Kuss
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: (907) 459-6750
DATE: 7/20/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Linda Norris PFD TECH II

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/26/07   Time: 1330 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | .89 | | 45.89 | | | |

REMARKS: Received check $1323.20

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA WOLTING,             )<br>                           )<br>     Plaintiff,           )<br>                           )<br>vs.                        )<br>                           )  Case #F98-030CIV<br>JAMES HAYES, et al         )<br>                           )<br>     Defendant.           )<br>_____) | |

### U.S. MARSHALS RETURN ON WRIT OF EXECUTION

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **July 26, 2007,** by Deputy U.S. Marshal **Andrew Arnold** and that on **October 10, 2007** this office did receive a State of Alaska Treasury Warrant Check No. **57779272** made payable to the Clerk of Court in the amount of **$1,323.20**.

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this **10th** day of **October, 2007** at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
    Deputy U.S. Marshal

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND BY A COURT WRIT

To: State of Alaska
Department of Revenue
Permanent Fund Dividend Division

From: U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*
PFD Server Code

**G0137**

Location _____

Priority _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____
*Highlight information being corrected or added.*

Case Number  4FA - F98 - 0030    CI
             Location Code  Year  Case Number    Case Type

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

| | |
|---|---|
| Judgment Debtor Name | Linda M. Wolting |
| AKA or Alias | |
| Social Security Number | Redacted |
| Date of Birth | Redacted |
| Amount of Writ | $ 2,488.62 |
| Service Fee | $ 45.89 |
| Interest to October 15 | $ 137.32 |
| Total Due | $ 2,625.94 |

Service Agent
Signature: [signed]   Date: 7/26/07
Printed Name: ANDREW ARNOLD   Title: DUSM

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                              www.pfd.state.ak.us

ORIGINAL

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LINDA WOLTING,                )
                              )
          Plaintiff(s),       )
                              )  No. F98-0030  CV ( JKS)
v.                            )
                              )
JAMES HAYES, et al.,          )  WRIT OF EXECUTION
                              )
          Defendant(s).       )
_____)

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On April 17, 2000 a judgment was entered in the docket of the above-entitled court and action, in favor of City of Fairbanks as judgment creditor, and against Linda Wolting REDACTED as judgment debtor, for:

$_____ principal,

$ 4,702.50 attorneys fees,

$_____ interest, and

$ 420.25 costs, for a total amount of

$ 5,122.75 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

[WRITEXE.WPD](WRITEXE.WPD*Rev.1/97)                                      Page 6

$ __1,675.54__ accrued interest, and

$ __243.69__ accrued costs, for a total of

$ __1,919.23__ ACCRUED INTEREST AND COSTS

CREDIT must be given for payments and partial satisfactions in the amount of $ __3,778.77__ which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $ __3,263.21__ ACTUALLY DUE ON __July 31, 2006__, the date of the request for issuance of this writ, of which $ __3,263.21__ is due on the judgment as entered, and bears interest at __6.197__ % per annum in the amount of $ __.53__ PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are

[WRITEXE.WPD](WRITEXE.WPD*Rev.1/97)                                    Page 7

further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED _August 17, 2006_

IDA ROMACK, CLERK

[SEAL]

By: _____
Deputy Clerk

```
       1099-MISC                          Case Id: F980030CV JKS
                                          Applicant's Name:
    Payer's Name: State of Alaska         WOLTING, LINDA M
        Federal ID: 92-6001185
```

| | | | |
|---|---|---|---|
| Warrant Issue Date: | 10/03/2007 | Warrant Amount. . . . . . . . . . | $1,323.20 |
| Warrant Number: | 57779272 | CLERK OF COURT | |
| | | 222 W 7TH AVE #28 | |
| PFD ALN: | 07030478 | ANCHORAGE AK   99513 | |

```
Funding for PFD dividends comes from:          The Total Gross Dividend has been reduced for:
 * Permanent Fund earnings:                     * Medical and Public Assistance hold
     Constitutional dedication of funds  $591.88    harmless provisions of AS 43.23.075      -$21.33
   Legislative action:                          * Legislative appropriation of convicted
     Statutory inflation proofing         659.52    and incarcerated felon and misdemeanant
     Special legislative appropriations   439.68    dividends                                 -18.98
 * Reimbursements to the Dividend Fund      0.00  * Dividend program administrative costs    -12.95
 * Unexpended prior year Dividend Funds    18.96  * Prior year dividend obligations           -2.78

     Total Gross Dividend             $1,710.04        Net Dividend                       $1,654.00
```

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:
* sentenced as a result of a felony conviction,
* incarcerated as a result of a felony conviction, or
* incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2006 dividends to individuals not eligible under this provision were $11,469,212.

The legislative purpose for making these individuals not eligible to receive a dividend is to:
* obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
* provide funds for services for and payments to crime victims and for grants for the operation of domestic violence and sexual assault programs.

```
Total funds appropriated for FY 2008 under this purpose are:
     * Department of Corrections                          $6,211,400
     * Council on Domestic Violence and Sexual Assault     3,789,600
     * Violent Crimes Compensation Board                   1,067,600
     * Office of Victims' Rights                             400,600
                                                         -----------
Total appropriations                                     $11,469,200
                                                         ===========
```

Dividend Information Offices: Anchorage (907) 269-0370 Fairbanks (907) 451-2820 Juneau (907) 465-2326 Inside Alaska 1-800-773-8813

Not Negotiable Case 4:90-cv-00030-JKS Document 89 Filed 10/11/2007 Page 7 of 7
See 1099 Tax Information on the back of this form.