Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

Pay to the Order of
Treasurer of the United States
Clerk, U. S. District Court

OCT 19 2007

Symbol No: 4606 Deposit No.

RECEIVED

OCT 19 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES C. HAYES, FRANK ) | |
| BIONDI and PATRICK COLE, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. F98-0030 CIV |

## MOTION FOR EXEMPTION OF FILING DOCUMENTS ELECTRONICALLY

COMES NOW the Defendants, by and through the
undersigned counsel, and moves this Court for an Order
exempting the City of Fairbanks from electronically filing
their documents in this case, a Motion, Memorandum and
Order for Release of Funds Held in Court Registry.

This motion is supported by the fact that this is the
only case in which the City of Fairbanks currently has in
the U.S. District Court.

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

DATED at Fairbanks, Alaska this ⎯⎯⎯17⎯⎯⎯ day of

October, 2007.

OFFICE OF THE CITY ATTORNEY
Attorneys for Defendants

By:⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
        Herbert P. Kuss
        City Attorney
        AK Bar No. 7610113

Certificate of Mailing
This certify that on
the 19 day of Oct.
20 07. I mailed via first-
class a true and
copy of the fore-
Wolting
OF CITY ATTORNEY
800 Cushman St. Fbks, AK

By⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

Wolting v. Hayes, et al.
MOTION FOR EXEMPTION OF FILING DOCUMENTS ELECTRONICALLY

F98-0030 CIV
Page 2