Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JAMES C. HAYES, FRANK BIONDI and PATRICK COLE, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No. F98-0030 CIV |

### MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

COMES NOW the Defendants, by and through the undersigned counsel, and pursuant to 28 USC § 2041 moves this Court for an Order releasing the funds currently held in the court registry on the above-referenced matter to the City of Fairbanks, Office of the City Attorney.

This motion is supported by the accompanying memorandum in support.

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

DATED at Fairbanks, Alaska this 17th day of October, 2007.

>OFFICE OF THE CITY ATTORNEY
>Attorneys for Defendants
>
>By: _____
>Herbert P. Kuss
>City Attorney
>AK Bar No. 7610113

Certificate of Mailing
I hereby certify that on the 19 day of OCT. 2007 I mailed via first-class mail...

Wolting

CITY ATTORNEY
800 Cushman St., Fbks, AK

By LMD

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

Wolting v. Hayes, et al.
MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

F98-0030 CIV
Page 2