Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JAMES C. HAYES, FRANK BIONDI and PATRICK COLE, | ) ) ) |
| Defendants. | ) ) |
| | ) Case No. F98-0030 CIV |

**ORDER FOR RELEASE OF FUNDS HELD IN COURT REGISTRY**

THIS MATTER having come before the court on Defendants' Motion for Release of Funds Held in Court Registry, this court having considered the opposition filed by Plaintiff, if any, and the court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that the funds in the amount of $1,323.20 currently held in the Court Registry shall be released to the following:

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

City of Fairbanks
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701

DATED at Anchorage, Alaska this _____ day of October, 2007.

_____
US District Court Judge

Certificate of Mailing
I hereby certify that on the 17 day of OCT, 20 07, I mailed via first-class mail, a true and correct copy of the foregoing

Wolting
O_____ ORNEY
800 C_____  AK
By Lmo

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

Wolting v. Hayes, et al.
ORDER RELEASING FUNDS HELD IN COURT REGISTRY

F98-0030 CIV
Page 2