Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants

Pay to the Order of
Treasurer of the United States
Clerk, U. S. District Court

OCT 19 2007

Symbol No. 4608 Deposit No.

RECEIVED

OCT 19 2007

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

LINDA M. WOLTING,           )
                            )
            Plaintiff,      )
                            )
    vs.                     )
                            )
JAMES C. HAYES, FRANK       )
BIONDI and PATRICK COLE,    )
                            )
            Defendants.     )
_____)    Case No. F98-0030 CIV

### MEMORANDUM IN SUPPORT OF
### MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

Defendant City of Fairbanks moved for and received a Writ of Execution to execute on Plaintiff's 2007 Alaska Permanent Fund Dividend. The Writ of Execution was given to the United States Marshals' Office to serve on the State of Alaska, Department of Revenue.

On or about October 3, 2007, the United States District Court Clerk's Office through the United States Marshall received funds in the amount of $1,323.20 which represented a portion of Plaintiff's Alaska Permanent Fund Dividend. To date, Plaintiff has filed no Claim of Exemptions with the court and therefore the money held in

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

the Court Registry should be forwarded to the City of Fairbanks.

DATED at Fairbanks, Alaska this 16th day of October, 2007.

OFFICE OF THE CITY ATTORNEY
Attorneys for Defendants

By: _____

Herbert P. Kuss
City Attorney
AK Bar No. 7610113

Certificate of Mailing
I hereby certify that on the 19 day of Oct 20 07, I mailed via first-class mail, a true and correct copy of the fore-going to:

Wolting

By LMD

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750

Wolting v. Hayes, et al.                                    F98-0030 CIV
MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR RELEASE OF FUNDS HELD IN
COURT REGISTRY                                              Page 2