IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

LINDA M. WOLTING, )
 )
    Plaintiff, )
 )
vs. )
 )
JAMES C. HAYES, FRANK )
BIONDI and PATRICK COLE, )
 )
    Defendants. )
_____) Case No. F98-0030 CIV

ORDER GRANTING DEFENDANTS
MOTION FOR EXEMPTION OF FILING DOCUMENTS ELECTRONICALLY

**THIS MATTER** having come before the court on Defendants Motion for an Order exempting the City of Fairbanks from electronically filing their documents in this case,

**IT IS HEREBY ORDERED** that Defendant's Motion is hereby GRANTED and Defendant Motion, Memorandum and Order for Release of Funds Held in Court Registry shall hereby be accepted for filing.

Dated this 25th day of October 2007.

/s/JAMES K. SINGLETON, JR.
U. S. District Judge