IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JAMES C. HAYES, FRANK | ) |
| BIONDI and PATRICK COLE, | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. F98-0030 CIV (JKS) |

**AMENDED**
<u>ORDER FOR RELEASE OF FUNDS HELD IN COURT REGISTRY</u>

THIS MATTER having come before the court on Defendants' Motion for Release of Funds Held in Court Registry, this court having considered the opposition filed by Plaintiff, if any, and the court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that the funds in the amount of $1,323.20 currently held in the Court Registry shall be released to the following:

City of Fairbanks
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701

DATED at Anchorage, Alaska this ___31st___ day of October, 2007.

/s/James K. Singleton, Jr.
US District Court Judge

Wolting v. Hayes, et al.
ORDER RELEASING FUNDS HELD IN COURT REGISTRY
**(AMENDED)**

F98-0030 CIV
Page 2