Herbert P. Kuss, City Attorney
Office of the City Attorney
800 Cushman Street
Fairbanks, Alaska 99701
(907) 459-6750
(907) 459-6761 (facsimile)
AK Bar No. 7610113
Attorney for Defendants



RECEIVED
DEC 21 2007
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| LINDA M. WOLTING, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES C. HAYES, FRANK ) <br> BIONDI and PATRICK COLE, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. F98-0030 CIV |

**SATISFACTION OF JUDGMENT**

The CITY OF FAIRBANKS hereby acknowledges that the judgment in the above-referenced case has been paid and is fully satisfied.

DATED at Fairbanks, Alaska this 27th day of November, 2007.

OFFICE OF THE CITY ATTORNEY
Attorneys for Defendants

By: _____
Herbert P. Kuss
City Attorney
AK Bar No. 7610113

Certificate of Mailing
I hereby certify that on the 21 day of Dec, 2007, I mailed via first-class mail, a true and correct copy of the foregoing to:

Wolting

By: LMD

OFFICE OF THE
CITY ATTORNEY
800 CUSHMAN
FAIRBANKS, ALASKA
99701-4615

907-459-6750